Argued January 16, affirmed January 30, 1978

In the Matter of the Marriage of
MOHAN, *Respondent,*
*and*
MOHAN, *Appellant.*
(No. 48860, CA 8804)
573 P2d 776

James F. Larson, Prineville, argued the cause for appellant. With him on the brief was Bodie, Minturn, Van Voorhees, Larson & Dixon, Prineville.

Michael F. McClain, Corvallis, argued the cause for respondent. On the brief was McClain & Brown, Corvallis.

Before Schwab, Chief Judge, and Richardson and Joseph, Judges.

PER CURIAM.

Affirmed. *Wirthlin and Wirthlin,* 19 Or App 256, 527 P2d 147 (1974). No costs to either party.